**UNITED STATES DISTRICT COURT**
**<u>NORTHERN DISTRICT OF NEW YORK</u>**

**DR. MARCO BITETTO,**

                    **Plaintiff,**               1:18-cv-1141
                                                       (GLS/DJS)
              **v.**

**AMAZON, INC.,**

                    **Defendant.**

**APPEARANCES:**                      **OF COUNSEL:**

**FOR PLAINTIFF**
MARCO BITETTO
Plaintiff *Pro Se*
4 Fourth Avenue
Rensselaer, New York 12144

**Gary L. Sharpe**
**Senior District Judge**

## <u>ORDER</u>

     The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Daniel J. Stewart duly filed on October 16, 2018. (Dkt. No. 7.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 7) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** without leave to amend; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

November 15, 2018
Albany, New York

Gary L. Sharpe
Senior District Judge

---

[1] On October 22, 2018, plaintiff filed correspondence that was addressed to defendant in this matter.